

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:    In the Interest of P.M. & E.M

Appellate case number:    01-22-00753-CV

Trial court case number:    2021-01374J

Trial court:    313th District Court of Harris County

On December 13, 2022, Appellant J.S.M.R. a/k/a J.M. filed an Unopposed Second Motion for Extension of Time to File Appellant's Brief, requesting an extension from December 13, 2022 to December 30, 2022. We **grant** the motion.

Appellant J.S.M.R. a/k/a J.M's brief is due December 30, 2022.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                              Acting individually

Date:  December 20, 2022